UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 27 2005
CLERK, U.S. DISTRICT COURT
By _____

SARA O. MONTOYA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　) CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　　) 5:04-CV-0056-C
　　　　　　　　　　　　　　　　　　)
JO ANNE B. BARNHART,　　　　　　　)
Commissioner of Social Security,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　)

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed her Report and Recommendation on October 20, 2004. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and numbered cause is hereby dismissed with prejudice.

Dated this 27th day of April, 2005.

SAM R. CUMMINGS
United States District Judge